In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00248-CV**
_____

**KRG PORTOFINO, LLC, Appellant**

**V.**

**SADDLES BLAZIN, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-03-03200-CV**

**MEMORANDUM OPINION**

KRG Portofino, LLC, appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the Court decided the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 30, 2022
Opinion Delivered December 1, 2022
Before Kreger, Horton and Johnson, JJ.

1